# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

March 23, 2022

**VIA ECF**

Hon. Jesse M. Furman, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *Gordon, v. BlueTriton Brands, Inc.,* **22 CV 2138 (JMF)**

Dear Judge Furman,

    We represent Plaintiff in the above-referenced matter. We write to respectfully request permission to file a Corrected Complaint as set forth below.

    On March 15, 2022, Plaintiff filed the Complaint in this matter. The Complaint includes one exhibit which is a copy of a paystub Plaintiff received from the Defendant. This paystub includes Plaintiff's mailing address and Plaintiff wishes to have this sensitive information redacted. Accordingly, we respectfully request permission to file a Corrected Complaint that is identical to the Complaint that was already filed with only Plaintiff's address redacted in the exhibit that was attached to the Complaint.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640