UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PHIL GORDON, *individually and on behalf of all others* :
*similarly situated*, :
: 22-CV-2138 (JMF)
Plaintiff, :
: ORDER
-v- :
:
BLUETRITON BRANDS, INC., :
:
Defendant, :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Counsel are reminded that, per the Court's earlier Scheduling Order, they must submit their proposed case management plan and joint letter by the Thursday prior to the upcoming conference.  As directed in the Court's Order, the parties should indicate in their joint letter whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference, albeit perhaps at a different time.  To that end, and as noted in the Court's earlier Order, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  In either case, the Court will hold the upcoming conference by telephone.  Counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  The Court's Individual Rules and Practices for Civil Cases are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: July 18, 2022                                       _____
      New York, New York                         JESSE M. FURMAN
                                                   United States District Judge