# EXHIBIT D

# Job Title: Route Delivery Driver CDL

As the nation's leading bottled water company, BlueTriton Brands is dedicated to providing customers with healthy hydration options. Alongside that, we're also committed to developing our people – enabling them to make the most of the many elements that help them to succeed. It's a chance to use your knowledge, skills and experience to shine brightly and achieve your ambitions – all while delivering healthy hydration to millions of customers.

ReadyRefresh is one of the most visible parts of the BlueTriton business, delivering healthy hydration to customers where they need it most. It's another example of how we are committed to helping people maintain a healthy lifestyle. Our drivers and unit leaders are the backbone of the ReadyRefresh team. We'll make sure you receive the support, benefits and development you need to build the perfect career.

## Job Description
**Pay: $25.75 per hour plus a competitive benefits package with overtime in accordance with state/federal law**

Here's some things that you might not have known about us: our ReadyRefresh business is changing how people buy water. Customers place orders from the comfort of their pajamas on their laptops or phones, and then delicious bottles of water arrive at their doors, delivered by our army of **ReadyRefresh Service Representatives (RSRs).**

We are super passionate about customer service. Each stop that one of our RSRs makes is a chance to delight our customers. Our RSRs develop relationships with the folks who get our products delivered to their homes or small businesses. Something else you might not know about ReadyRefresh is that we are a fiercely proud group. Not only are we proud to be a part of the BlueTriton Brands family, but we are also proud to be leading the way in safety and teamwork.

## Qualifications
**We are looking to add to our troop of RSRs.**
**What does that mean to you and what will you need-**
- You'll need the ability to get a CDL class B license with airbrake endorsement and have a clean driving record. - You need to be able to work in all kinds of weather while working out on your own with limited supervision.
- Servicing our customers is hard work, and you will need to be able to climb in and out of the truck and carry product that can weigh up to 45 pounds.
- You will get way more than your recommended 10,000 steps in a day, with plenty of water to keep you hydrated during the day.
- You must have the ability to obtain a DOT medical card for the purpose of working for BlueTriton Brands.
- Most importantly, you need to have a professional image and demeanor. We'll provide the cool uniform and truck.

**Other important stuff to know:**
- A clean driving record means in the last 3 years, that you've only had 1 license, no driving-related suspension, revocation or cancellation, no disqualifying offenses, no more than 2 moving violations and no reckless driving incidents and in the last 7 years, no major driving offenses including DUI/DWI, refusal to test, leaving the scene, driving a commercial vehicle without a CDL, or at-fault fatal accident.
- Must be 21 years of age or older (DOT requirement)

BlueTriton Brands is the nation's leading bottled water company. Our water brands include Poland Spring, Arrowhead, Ozarka, Deer Park, Zephyrhills and Ice Mountain, and Pure Life. We're passionate about creating shared value for society in all kinds of ways: from providing careers and benefits to communities where we operate to environmental stewardship – most notably responsible water management, lightweight packaging and advancing recycling in America. As a valuable part of our team, you'll receive a competitive total rewards package – something that will provide you with the support you need to thrive both inside and outside of work. It's not just the work that you'll find fulfilling here though. As you build a career with us, you'll receive exactly the kind of benefits you'd expect from a leading name in healthy hydration. The only question is, what elements will help you succeed at BlueTriton Brands? Applicants with criminal histories are welcome to apply.

BlueTriton Brands is an equal opportunity and affirmative action employer and is looking for diversity in qualified candidates for employment: Disabled/Veteran.

CONFIDENTIAL    D 000002