# EXHIBIT E

**POSITION TITLE:**     Direct Store Delivery Sales Rep
**LOCATION:**

**Key Responsibilities include:**

- Sales
- Identify and close new retail accounts, particularly in the UDS (up-and-down-the-street) channel including convenience stores, small independent groceries, bodegas, etc.
- Fully develop new and existing accounts by selling our full portfolio of products
- Adhere to pricing and promotion guidelines
- Monitor competitive environment to understand and leverage sales opportunities

**Service**

- Deliver correct products and quantities as requested by customers
- Ensure product display areas are clean, well-merchandised, strategically located, and with proper POS (point-of-sale) materials
- Maintain necessary delivery information on all accounts
- Anticipate customer needs to maintain proper product inventories
- Respond promptly to all special service requests and needs
- Act courteously, kindly, friendly and safely at all times

**Safety**

- Operate vehicle (CMV) in a safe and responsible manner
- Complete DOT required documentation daily
- Follow defined safe work practices
- Take ownership of personal safety, and that of co-workers and the public

The DSD Route Sales Representative may be the right fit if you enjoy a challenge, have a history of exceeding performance goals, are persistent, and have high energy.

**Key Qualification include:**

- High school diploma or GED or equivalent experience
- Ability to secure and/or maintain CDL Class B with airbrake endorsement
- Clean driving record

*Route Posting Notification*
*Updated: 6-4-2008*

- 2+ years DSD sales/delivery experience
- Strong face-to-face sales/negotiation skills
- Service-oriented
- Ability to work independently
- Ability to effectively interact with people from diverse backgrounds
- Good organizational skills
- Ability work in different types of weather
- Ability to manage time and work efficiently
- Ability to lift and carry an average of 300+ product units per day, each weighing up to 45 pounds, using product handling tools as appropriate, with or without a reasonable accommodation
- Ability to climb in and out of a commercial vehicle on average 30-40 times per day
- Ability to work an average 45 hour week or more, including variable start/end times
- Ability to alternately sit, stand, push, pull and walk all day, with or without a reasonable accommodation

*Route Posting Notification*
*Updated: 6-4-2008*