UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
     :
PHIL GORDON, *individually and on behalf of all others*  :
*similarly situated,*      :
     :
                                   Plaintiff,     :            22-CV-2138 (JMF)
     :
             -v-                        :                <u>ORDER</u>
     :
BLUETRITON BRANDS, INC.,      :
     :
                                 Defendant.    :
     :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For reasons the Court will explain orally at the conference referenced below, Defendant's motion to dismiss is DENIED. Unless and until the Court orders otherwise, Defendant shall answer the Complaint **within fourteen days** in accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure. In addition, the parties shall appear for a telephonic pretrial conference on **October 20, 2022**, at **10:15 a.m.** to discuss, among other things, Plaintiff's motion for class certification. *See* ECF No. 38.

       To access the conference, counsel should call 888-363-4749 and use access code 5421540#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate.

       The Clerk of Court is directed to terminate ECF No. 19.

       SO ORDERED.

Dated: October 13, 2022
       New York, New York
                                                                  JESSE M. FURMAN
                                                                  United States District Judge