UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :

PHIL GORDON, *individually and on behalf of all others similarly situated*,

                          Plaintiff,                         22-CV-2138 (JMF)

            -v-                                           <u>ORDER</u>

BLUETRITON BRANDS, INC.,

                          Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- Defendant has until **December 2, 2022**, to file an opposition to Plaintiff's motion for class certification. Plaintiff's deadline to file a reply is **December 16, 2022**.

- Unless and until the Court orders otherwise, all discovery will end on **November 28, 2022**, the scheduled close of fact discovery.

- The parties shall submit a joint letter **within two weeks of today** with an agreed upon schedule, or competing schedules, for summary judgment briefing.

      SO ORDERED.

Dated: October 20, 2022
       New York, New York

                                                          JESSE M. FURMAN
                                                 United States District Judge