UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PHIL GORDON, *individually and on behalf of all others* :
*similarly situated*, :
: 22-CV-2138 (JMF)
:
　　　　　　　　　　Plaintiff, :
: ORDER
:
　　　-v- :
:
:
BLUETRITON BRANDS, INC., :
:
:
　　　　　　　　　　Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　Pursuant to the Court's November 10, 2022 Order, ECF No. 52, Defendant was required to file an Answer by November 25, 2022. To date, Defendant has not filed its Answer. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 5, 2022**.

　　　Counsel are further reminded that, per the Court's earlier Scheduling Order, they must submit their proposed case management plan and joint letter by the Thursday prior to the upcoming conference. The parties should indicate in their joint letter whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not (or if the Court concludes that, the parties' views notwithstanding, a conference should be held), the Court will hold the initial conference **by telephone**, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. Unless and until the Court orders otherwise, however, the conference will proceed — and will do so on the date and time previously set.

　　　In the event a conference is held, the parties should join it by calling the Court's

dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: November 28, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge