UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
PHIL GORDON, individually and on behalf of all  :
others similarly situated, :
:
                              Plaintiff, :      Case No. 1:22-cv-02138 (JMF)(VF)
:
    -against- :
:
BLUETRITON BRANDS, INC. (f/k/a NESTLE  :      **STIPULATION OF DISMISSAL**
WATERS NORTH AMERICA, INC.), :      **WITHOUT PREJUDICE**
:
                             Defendants. :
---------------------------------------------------------------- x

        Pursuant to Federal Rule of Civil Procedure 41, the parties in the above matter hereby agree that this action shall be dismissed without costs or attorneys' fees to any party, without prejudice.

Dated: New York, New York
         November 28, 2022

| JOSEPH & KIRSCHENBAUM LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: _____ <br> D. Maimon Kirschenbaum <br> Josef Nussbaum <br> 32 Broadway, Suite 601 <br> New York, NY 10004 <br> 212-688-5640 | By _____ <br> Kelly M. Cardin, Esq. <br> Jessica R. Schild, Esq. <br> 599 Lexington Ave, 17th Floor <br> New York, New York 10022 <br> (212) 492-2500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

*[signature]*

November 29, 2022